1  Michael E. Rosman, Esq.
   CENTER FOR INDIVIDUAL RIGHTS
2  1233 20th Street, N.W.
   Suite 300
3  Washington, D.C.  20036
   (202) 833-8400
4
   Bruce J. Berger, #133320
5  STAMMER, McKNIGHT, BARNUM & BAILEY
   2540 West Shaw Lane
6  Suite 110
   Post Office Box 9789
7  Fresno, California  93794-9789
   (559) 449-0571
8
   Attorneys for:  Defendant
9        TRAVIS L. COMPTON

10
                 UNITED STATES DISTRICT COURT
11
                 EASTERN DISTRICT OF CALIFORNIA
12

13

14  A.H.D.C., a California                )
    Corporation doing business as         )        CV-F-97-5498 OWW SMS
    AFFORDABLE HOUSING                     )
15  DEVELOPMENT CORPORATION;               )
    and ASHWOOD CONSTRUCTION,              )        [PROPOSED]
16  a California Corporation,              )        ORDER TO
                                           )        RETURN APPEAL
17              Plaintiffs,                )        BOND
                                           )
18                                         )
                                           )
19                                         )
          v.                               )
20                                         )
                                           )
21  CITY OF FRESNO, CALIFORNIA,            )
    a municipal corporation; et al.        )
22                                         )
                Defendants.                )
23  _____    )
                                           )

1      IT IS HEREBY ORDERED that Travis Compton's appeal bond in the above-

2 entitled matter in the amount of $250 be returned.

3

4

5 April 24, 2006                                                        _____
                                                United States District Judge

6

7