James C. Sanchez      #116356
Interim City Attorney
**CITY OF FRESNO (A0005)**
2600 Fresno Street
Fresno, California 93721-3602
Tel: (559) 498-1326

Douglas T. Sloan,     #194996
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor (93711)
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500
Fax: (559) 432-4590

Michael A. Bishop,    #105063
Ronald E. Enabnit,    #138062
**MATHENY SEARS LINKERT & LONG, LLP**
3638 American River Drive
Post Office Box 13711
Sacramento, California 95853-4711
Tel: (916) 978-3434

Attorneys for   CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H.D.C., a California corporation doing business as AFFORDABLE HOUSING DEVELOPMENT CORPORATION; and ASHWOOD CONSTRUCTION, a California corporation,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, CALIFORNIA a municipal corporation, et al.,<br><br>                    Defendants. | Case No. CV-F-97-5498 OWW SMS<br><br>**MOTION FOR RELEASE OF FUNDS DEPOSITED IN LIEU OF SUPERSEDEAS BOND AND ORDER THEREON** |

     CITY OF FRESNO ("CITY") respectfully requests the release of funds it deposited in lieu of supersedeas bond in the sum of $5,000 (a copy of the receipt is attached as

---
**MOTION FOR RELEASE OF FUNDS DEPOSITED IN LIEU OF SUPERSEDEAS BOND**

PDF created with pdfFactory trial version www.pdffactory.com

Exhibit A.)  No costs were assessed against CITY on appeal.

Dated:  April 27, 2006                                    DOWLING, AARON & KEELER, INC.

                                                          /s/ Douglas T. Sloan
                                                          DOUGLAS T. SLOAN

## **ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court forthwith return to the CITY OF FRESNO the $5,000 deposited with the Court in lieu of Supersedeas bond.

April _28__, 2006.                                        /S/ OLIVER W. WANGER_____
                                                          UNITED STATES DISTRICT JUDGE

F:\WPD\80\8308\15\782B1977.DOC

2
**MOTION FOR RELEASE OF FUNDS DEPOSITED IN LIEU OF SUPERSEDEAS BOND**

PDF created with pdfFactory trial version www.pdffactory.com