William J. Davis, Esq., #141844
Kathryn Julia Woods, Esq., #228650
Davis & Company, Attorneys
Aon Center, 36th Floor
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017-3516
Telephone (213) 253-5939
Facsimile (213) 253-9939

Attorneys for Plaintiffs

**FILED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H.D.C., etc., et al., | Case No.: CIV F-97-5498 OWW |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY; AND [PROPOSED] ORDER** |
| vs. | |
| CITY OF FRESNO, CALIFORNIA, etc., et al., | |
| Defendants. | |

Plaintiffs A.H.D.C., a California corporation, and Ashwood Construction, a California corporation, hereby substitute Richard C. Conway, State Bar Number 81679, of Kahn, Soares & Conway, LLP, who is retained counsel, located at 219 North Douty Street, Hanford, California 93230, telephone number (559) 584-3337, facsimile number (559) 584-3348, as attorney of

///

///

///

Davis &
Company

1

1  record in the place and stead of Davis & Company, Attorneys, by William J. Davis and Kathryn J.
2  Woods.
3
4  Dated: April ___, 2006               A.H.D.C., a California corporation
5
                                        By_____
6                                           Peter Herzog, Secretary
7  Dated: April ___, 2006               ASHWOOD CONSTRUCTION,
                                        a California corporation
8
9                                       By_____
                                           Michael J. Conway, Jr., President
10
11    I consent to the above substitution.
12  DATED: April __, 2006                DAVIS & COMPANY
13
                                        By_____
14                                         William J. Davis
                                        Present Attorney
15
16    I am duly admitted to practice in this District Court.
17  DATED: April 15, 2006                KAHN, SOARES & CONWAY, LLP
18
                                        By_____
19                                         Richard C. Conway
                                        New Attorney
20
21    **Substitution of Attorney is hereby approved.**
22  DATED:  5-26-06                     _____
23                                          OLIVER W. WANGER
                                         United States District Judge
24

Davis &
Company

2

1  record in the place and stead of Davis & Company, Attorneys, by William J. Davis and Kathryn J.
2  Woods.
3
4  Dated: April ___, 2006                         A.H.D.C., a California corporation
5
6                                                 By_____
                                                     Peter Herzog, Secretary
7  Dated: ~~April~~ MAY 18TH, 2006                ASHWOOD CONSTRUCTION,
                                                  a California corporation
8
9                                                 By_____
                                                     Michael J. Conway, Jr., President
10
11     I consent to the above substitution.
12  DATED: April __, 2006                         DAVIS & COMPANY
13
                                                  By_____
14                                                   William J. Davis
                                                  Present Attorney
15
16     I am duly admitted to practice in this District Court.
17  DATED: ~~April~~ MAY 15, 2006                 KAHN, SOARES & CONWAY, LLP
18
                                                  By_____
19                                                   Richard C. Conway
                                                  New Attorney
20
21     **Substitution of Attorney is hereby approved.**
22
    DATED: _____                        _____
23                                                   OLIVER W. WANGER
                                                  United States District Judge
24

Davis &
Company

2