James P. Lough, 091198
Attorney At Law
460 North Magnolia Avenue
El Cajon, California 92022
Telephone: (619) 440-4444

**Sagaser, Jones & Hahesy**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800

Howard A. Sagaser #072492

Attorneys for: Defendants ROBERT "TODD" TOLBERT (erroneously sued as Todd Tolbert); STEPHEN V. HENSON; SHARON L. HENSON; HERNAND J. KOUBRATOFF; LAURA A. MATHER; VERNON R. WOLLEY (erroneously sued as Vernon R. "Wooley"); ORIE REED; BARNELL CALDWELL; DIANE R. DANIELS; RICHARD ROBINSON (erroneously sued as Richard "Robertson"); and JANET REID-BILLS

FILED
JUL 1 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.H.D.C., a California corporation doing business as AFFORDABLE HOUSING DEVELOPMENT CORPORATION; and ASHWOOD CONSTRUCTION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, CALIFORNIA, a municipal; corporation; CITY COUNCIL OF THE CITY OF FRESNO, CALIFORNIA; COUNCILMEMBER CHRIS MATHYS, sued in his official and personal capacity; COUNCILMEMBER SAL QUINTERO, sued in his official and personal capacity; COUNCILMEMBER GARRY BREDEFELD, sued in his official and personal capacity; COUNCILMEMBER HENRY PEREA, sued in his official and personal capacity; COUNCILMEMBER DANIEL RONQUILLO, sued in his official and personal capacity; TODD TOLBERT, an individual; | Case No.   CIVF-97-5498 OWW SMS<br><br>[~~PROPOSED~~] ORDER TO RETURN APPEAL BONDS |

{5246/005/00188559.DOC}

1

STEPHEN V. HENSON, an individual;
SHARON L. HENSON, an individual;
HERNAND J. KOUBRATOFF, an individual;
LAURA A. MATHER, an individual;
TRAVIS L. COMPTON, an individual;
VERNON R. WOOLEY, an individual;
ORIE REED, an individual;
BARNELL CALDWELL, an individual;
DIANE R. DANIELS, an individual;
RICHARD ROBERTSON, an individual; and
JANET REID-BILLS, an individual; and
DOES 1-500,

                Defendants.

    IT IS HEREBY ORDERED that CITIZEN DEFENDANTS' appeal bonds in the above-entitled matter, in the amounts of $750.00 and $500.00, be returned.

DATED: ~~April~~ July 14, 2006

                                      _____
                                      United States District Judge