1
2  Richard C. Conway - #81679
3  Joshua J. Bettencourt - #240221
   KAHN, SOARES & CONWAY, LLP
4  219 North Douty Street
   Hanford, CA 93230
5  Telephone: (559) 584-3337
6  Facsimile:   (559) 584-3348

7  Attorneys for: PLAINTIFFS

8
9
10              **UNITED STATES DISTRICT COURT**
11              **EASTERN DISTRICT OF CALIFORNIA**

12

| A.H.D.C., etc., et al., | CASE NO. CIV F-97-5498 OWW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| CITY OF FRESNO, CALIFORNIA, etc., et al., | |
| Defendants. | |

       COME NOW Plaintiffs A.H.D.C. and ASHWOOD CONSTRUCTION, Defendants Robert "Todd" Tolbert; Stephen V. Henson; Sharon L. Henson; Hernand J. Koubratoff; Laura Mather; Vernon R. Wolley; Orie Reed; Barnell Caldwell; Diane R. Daniels; Richard Robinson; and Janet Reid-Bills ("Citizen Defendants") and Defendant Travis L. Compton ("Defendant Compton"), through their respective counsel, and hereby agree and stipulate as follows:

       1.     Due to the unavailability of Plaintiffs' Counsel, the Hearing on the Motions for Attorney's Fees submitted by Citizen Defendants and Defendant Compton, currently set for August 6, 2007, at 10:00 am in Courtroom 3, shall be continued to August 20, 2007 at 10:00 am in Courtroom 3 before Judge Oliver W. Wanger.

       2.     This Stipulation may be executed by the parties' counsel by facsimile and in Counterparts.

1

STIPULATION AND ORDER TO CONTINUE HEARING

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |
|---|---|
|  | KAHN, SOARES & CONWAY, LLP |
| DATED: July ____, 2007 | _____ |
|  | Richard C. Conway, Attorney for Plaintiffs |
|  | A.H.D.C. and ASHWOOD CONSTRUCTION |

 

SAGASER, JONES & HAHESY

DATED: July ____, 2007   _____

Howard A. Sagaser, Attorneys for Defendants Robert "Todd" Tolbert; Stephen V. Henson; Sharon L. Henson; Hernand J. Koubratoff; Laura Mather; Vernon R. Wolley; Orie Reed; Barnell Caldwell; Diane R. Daniels; Richard Robinson; and Janet Reid-Bills

DATED: July ____, 2007   _____

Bruce J. Berger
STAMMER, McKNIGHT, BARNUM & BAILEY
Attorneys for Defendant, Travis L. Compton

Michael E. Rosman
CENTER FOR INDIVIDUAL RIGHTS

**IT IS SO ORDERED.**

DATED: 7/24/2007_____   /s/ Oliver W. Wanger_____
                                                              OLIVER W. WANGER
                                                              United States District Judge

F:\WORD\8\8059.19\PLEADING\Stipulation and Order to Continue Hearing.071807.doc

STIPULATION AND ORDER TO CONTINUE HEARING

PDF created with pdfFactory trial version www.pdffactory.com