Richard C. Conway - #81679
Joshua J. Bettencourt - #240221
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorneys for: PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| A.H.D.C., etc., et al., | CASE NO. CIV F-97-5498 OWW |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| vs. | |
| CITY OF FRESNO, CALIFORNIA, etc., et al., | |
| Defendants. | |

COME NOW Plaintiffs A.H.D.C. and ASHWOOD CONSTRUCTION, Defendants Robert "Todd" Tolbert; Stephen V. Henson; Sharon L. Henson; Hernand J. Koubratoff; Laura Mather; Vernon R. Wolley; Orie Reed; Barnell Caldwell; Diane R. Daniels; Richard Robinson; and Janet Reid-Bills ("Citizen Defendants") and Defendant Travis L. Compton ("Defendant Compton"), through their respective counsel, and hereby agree and stipulate as follows:

1. Due to the unavailability of Plaintiffs' Counsel, the Hearing on the Motions for Attorney's Fees submitted by Citizen Defendants and Defendant Compton, currently set for August 6, 2007, at 10:00 am in Courtroom 3, shall be continued to August 20, 2007 at 10:00 am in Courtroom 3 before Judge Oliver W. Wanger.

2. This Stipulation may be executed by the parties' counsel by facsimile and in Counterparts.

PDF created with pdfFactory trial version www.pdffactory.com

KAHN, SOARES & CONWAY, LLP

DATED: July ____, 2007                    _____

Richard C. Conway, Attorney for Plaintiffs
A.H.D.C. and ASHWOOD CONSTRUCTION


SAGASER, JONES & HAHESY

DATED: July ____, 2007                    _____

Howard A. Sagaser, Attorneys for Defendants
Robert "Todd" Tolbert; Stephen V. Henson;
Sharon L. Henson; Hernand J. Koubratoff; Laura
Mather; Vernon R. Wolley; Orie Reed; Barnell
Caldwell; Diane R. Daniels; Richard Robinson;
and Janet Reid-Bills


DATED: July ____, 2007                    _____

Bruce J. Berger
STAMMER, McKNIGHT, BARNUM & BAILEY
Attorneys for Defendant, Travis L. Compton

Michael E. Rosman
CENTER FOR INDIVIDUAL RIGHTS


**IT IS SO ORDERED.**

DATED: 7/24/2007_____        /s/ Oliver W. Wanger_____
                                  OLIVER W. WANGER
                                  United States District Judge

F:\WORD\8\8059.19\PLEADING\Stipulation and Order to Continue Hearing.071807.doc

2
_____
STIPULATION AND ORDER TO CONTINUE HEARING

PDF created with pdfFactory trial version www.pdffactory.com