IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A.H.D.C., et al., | ) | No. CV-F-97-5498 OWW/SMS |
| | ) | |
| | ) | ORDER GRANTING CITIZEN |
| | ) | DEFENDANTS' MOTION TO LIFT |
| Plaintiff, | ) | STAY OF STATE COURT ACTION |
| | ) | (Doc. 1356) AND VACATING |
| vs. | ) | ORAL ARGUMENT ON MOTION SET |
| | ) | FOR AUGUST 23, 2007 |
| | ) | |
| CITY OF FRESNO, et al., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Because Plaintiffs have filed a Statement of Non-Opposition, Citizen Defendants' motion to lift the stay of their state court action is GRANTED.  Oral argument on this motion set for August 23, 2007 is VACATED.

    IT IS SO ORDERED.

Dated:   August 22, 2007                   /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1